```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 16267
    ESMILYN N JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-7387


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/26/2004 and was confirmed 06/21/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.79%.

    The case was paid in full 09/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE CORP      UNSECURED         3854.60           .00           724.36
CAPITAL ONE BANK           UNSECURED OTH      253.39           .00            47.57
CBCS                       UNSECURED        NOT FILED          .00              .00
CFC FINANCIAL CORPORATIO   UNSECURED          247.60           .00            46.53
CITY FINANCIAL             UNSECURED        NOT FILED          .00              .00
COLLECTION COMPANY OF AM   UNSECURED        NOT FILED          .00              .00
HOUSEHOLD BANK             UNSECURED        NOT FILED          .00              .00
MBNA AMERICA               UNSECURED        NOT FILED          .00              .00
MBNA AMERICA               NOTICE ONLY      NOT FILED          .00              .00
PALISADES COLLECTION LLC   UNSECURED        NOT FILED          .00              .00
PALISADES COLLECTION LLC   UNSECURED        NOT FILED          .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00              .00
FIRST RESOLUTION INVES     FILED LATE         1855.87          .00              .00
RESURGENCE FINANCIAL LLC   UNSECURED         1838.40           .00           345.47
TRI CITY COLLECTION        UNSECURED        NOT FILED          .00              .00
US DEPT OF EDUCATION       UNSECURED        17745.95           .00          3334.82
US DEPT OF EDUCATION       NOTICE ONLY      NOT FILED          .00              .00
TIMOTHY K LIOU             DEBTOR ATTY       2,495.00                       2,495.00
TOM VAUGHN                 TRUSTEE                                            386.39
DEBTOR REFUND              REFUND                                             268.20

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               7,648.34

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   4,498.75
ADMINISTRATIVE                              2,495.00
TRUSTEE COMPENSATION                          386.39

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 16267 ESMILYN N JOHNSON
```

```
DEBTOR REFUND                                                     268.20
                                          ---------------   ---------------
TOTALS                                           7,648.34          7,648.34
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 01/03/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE